No. 88-6957.   LIGHTSEY v. YEAGER, WARDEN, ET AL.   C. A. 10th Cir.   Certiorari denied.

No. 88-6966.   RITA v. UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 88-6967.   COLLINS v. UNITED STATES.   C. A. Fed. Cir. Certiorari denied.

No. 88-6983.   JOHNSON, AKA UNION v. UNITED STATES; and
No. 88-7001.   BANNER v. UNITED STATES.   C. A. 5th Cir. Certiorari denied.   Reported below: 862 F. 2d 1135.

No. 88-6997.   LAWSON v. UNITED STATES.   C. A. 10th Cir. Certiorari denied.

No. 88-6999.   PERCHEITTE v. UNITED STATES; and
No. 88-7233.   CHIPPAS v. UNITED STATES.   C. A. 8th Cir. Certiorari denied.   Reported below: 869 F. 2d 372.

No. 88-7021.   HUSAR v. UNITED STATES.   C. A. D. C. Cir. Certiorari denied.

No. 88-7055.   JOHNSON v. GOVERNMENT EMPLOYEES INSURANCE CO. ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 88-7107.   O'NEAL v. EU ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 88-7111.   BYNUM v. WOOD.   Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 88-7114.   MADSEN v. MORRELL ET AL.   Sup. Ct. Idaho. Certiorari denied.

No. 88-7116.   HART v. FRAME ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 88-7123.   YOUNG v. COUGHLIN ET AL.   C. A. 2d Cir. Certiorari denied.

No. 88-7126.   BILAL v. SARGENT, WARDEN, ET AL.   C. A. 8th Cir.   Certiorari denied.

No. 88-7128.   CARTER v. OHIO.   Ct. App. Ohio, Paulding County.   Certiorari denied.